No. 998. GASTON v. UNITED STATES. June 12, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. P. Bateman Ennis* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, and Mr. Robert S. Erdahl* for the United States.

No. 1010. NELSON ET AL. v. UNITED STATES. June 12, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *George Nelson, Agnes Nelson,* and *Ollie Halpin, pro se. Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Miss Helen R. Carloss* for the United States.

No. 1043. GALLAGHER'S STEAK HOUSE, INC. v. BOWLES, PRICE ADMINISTRATOR, ET AL. June 12, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Mark Eisner* for petitioner. *Solicitor General Fahy* and *Mr. Thomas I. Emerson* for respondents.

No. 1061. PRESQUE-ISLE TRANSPORTATION Co., INC. v. KOEHLER. June 12, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward W. Hamilton* for petitioner. *Mr. Thomas C. Burke* for respondent.

No. 1019. SHEEHAN v. HUFF, SUPERINTENDENT. June 12, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. John J. Carmody* for petitioner. *Solicitor*